# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| J. B., B/N/F LAUREN AND ERIC B.; § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 4:19-CV-00814-RWS |
| § | |
| v. § | |
| § | |
| FRISCO INDEPENDENT SCHOOL DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER

On August 20, 2021, Plaintiff J.B. b/n/f Lauren and Eric B. and Defendant Frisco Independent School District appeared before the Court to seek approval of the settlement reached by the parties for the benefit of J.B., on whose behalf the Court appointed Carolyn Hill as guardian *ad litem*. Docket Nos. 118, 127. Having considered the Report and Recommendation of the Magistrate Judge (Docket No. 129), the Court is of the opinion that the settlement reached by Plaintiff J.B. b/n/f Lauren and Eric B. and Defendant Frisco Independent School District is well taken and is thus **APPROVED**. It is further

**ORDERED** that Carolyn Hill, a practicing attorney before the Court who was appointed guardian *ad litem* for J.B. (Docket No. 118), is hereby awarded a reasonable fee for her services including costs, which shall be taxed as costs against Defendant Frisco Independent School District in the total amount of Five Thousand Dollars and Zero Cents ($5,000.00). Ms. Hill is discharged of her duties in connection with this matter.

**So ORDERED and SIGNED this 27th day of August, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE