IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| J. B., B/N/F LAUREN AND ERIC B.; <br><br> Plaintiff, <br><br> v. <br><br> FRISCO INDEPENDENT SCHOOL DISTRICT, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO.  4:19-CV-00814-RWS |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice.  Docket No. 132.

Having reviewed the motion, the Court believes that it should be **GRANTED**.  Accordingly, it is

**ORDERED** that that the claims asserted by Plaintiff J.B., b/n/f Lauren and Eric B., against Defendant Frisco Independent School District are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 9th day of September, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE